AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>RYAN JOHNSON<br><br>*Defendant* | )<br>)  Case No. GLR-19-0137<br>)<br>)<br>)<br>) |

FILED
2019 APR -8 PM 2:34
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ryan Johnson

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846: Conspiracy to Distribute Controlled Substances
21 USC 841(a)(1): Possession with Intent to Disbribute a Controlled Substance

Date: 3/20/19

*Issuing officer's signature*

City and state: Baltimore, Maryland

Coulsen USMJ
*Printed name and title*

**Return**

| This warrant was received on *(date)* 3/20/19, and the person was arrested on *(date)* 04/8/19 |
| at *(city and state)* Baltimore, MD |

Date: 04/8/19

*Arresting officer's signature*

Jn welsh, FBI TFO
*Printed name and title*