IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Criminal No. GLR-19-0137 |
| RYAN JOHNSON, | * |
| Defendant. | * |

* * * * * * * * * * * * *

**PROTECTIVE ORDER**

WHEREAS the United States has moved this Court for a Protective Order; and

WHEREAS the United States has established good cause for the Protective Order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the Government's Motion for a Protective Order is GRANTED; and

IT IS FURTHER ORDERED that the defendant in the above-captioned case and his respective counsel and his counsel's agents shall not copy or disseminate the discovery materials provided by the Government to any third party without further Order of the Court, except that those discovery materials may be provided to any expert consulted by the defense and reviewed with the named defendant in counsel's presence at any time or place and with other persons with whom such items must be reviewed in order for counsel to properly prepare for trial; however, a copy of the discovery materials shall not be given to the defendant and the defendant may not possess discovery material outside the presence of his counsel.

IT IS SO ORDERED this _18th_ day of April, 2019.

_____
The Honorable George L. Russell, III
United States District Judge